# EXHIBIT A

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,407,948
Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# DigiClean

RAKUPRI CO., LTD. (JAPAN CORPORATION)
10-1, HIGASHINAKA-CHO
URAWA-KU, SAITAMA-SHI
SAITAMA, JAPAN 330-0056

FOR: SHEET-SHAPED WIPING CLOTH FOR CLEANING DISPLAY SCREENS OF CAR NAVIGATION, CELLULAR PHONES, OR HANDHELD GAME MACHINES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF JAPAN REG. NO. 5014873, DATED 5-15-2006, EXPIRES 5-15-2016.

SER. NO. 77-072,413, FILED 12-28-2006.

DAVID I, EXAMINING ATTORNEY



## ASSIGNMENT OF TRADEMARK

WHEREAS, **Rakupuri, Inc.**, a Japanese corporation, having an address of 10-1, Higashinaka-Cho, Urawa-KU, Saitama-Shi, Saitama, Japan 330-0056, as shown by the records of the United States Patent and Trademark Office has the exclusive right, title, and interest in and to the following mark and U.S. Trademark Registration.

| Mark/Registration | Registration No. | Date Registered |
|---|---|---|
| DigiClean | 3,407,948 | April 8, 2008 |

WHEREAS, **Flexible Innovations Ltd.**, a Texas Limited Partnership, having its principal place of business at 1120 South Freeway, Suite 204, Fort Worth, Texas 76104, is desirous of acquiring the entire right, title, and interest in and to said mark and said registration and all of the goodwill associated therewith.

NOW THEREFORE, for and in consideration of Ten Dollars ($10.00), the receipt and sufficiency of which is hereby acknowledged, and other good and valuable consideration, **Rakupuri, Inc.**, a Japanese corporation, does hereby assign, sell and transfer unto said **Flexible Innovations Ltd.**, a Texas Limited Partnership, for the territory of the United States of America, its entire right, title, and interest in and to the above mark and the above referenced U.S. Trademark Registration and the goodwill of the business with which said mark and said registration is associated and all claims for damages and lost profits for all past infringement of said mark and said registration.

IN TESTIMONY WHEREOF, this assignment is executed on the 20th day of November, 2012.

Rakupuri, Inc.

By: Y. Amano
Yasutomo Amano
Chairman

Date: NOV 20 2012

ASSIGNMENT OF TRADEMARK – Page 1
85469

TRADEMARK
REEL: 004909 FRAME: 0452

Japan                                          )
City of Tokyo                                  )   ss:
Embassy of the United States of America  )

### AFFIDAVIT

Before the undersigned personally appeared YASUTOMO AMANO who, being duly sworn,

deposes and says:

I am the person whose name is subscribed to the foregoing Assignment of Trademark and I have executed the same in the capacity of Chairman of Rakupuri, Inc. as a voluntary act and deed of Rakupuri, Inc.

Further deponent saith not.

_____Y. Amano_____
Signature

JAPAN
CITY OF TOKYO                           ) SS:
EMBASSY OF THE UNITED STATES OF AMERICA )

Subscribed and sworn to before me on the _____ day of __NOV 20 2012__, 2012.

_____[signature]_____
Consul of the United States of America at Tokyo, Japan
holding an indefinite commission
J. Leslie Glass
Consular Associate

ASSIGNMENT OF TRADEMARK – Page 2
85469

RECORDED: 11/29/2012

TRADEMARK
REEL: 004909 FRAME: 0453