# EXHIBIT E

email tracking numbers  |  print  |  send / email  |  order history

# ORDER / INVOICE # 32070 - PAID 2012-09-14

Flexible Innovations, Ltd.
1120 South Fwy, Ste 132
Ft. Worth, TX 76104
Main: 877-534-7477
Fax: 972-767-3254

PO#: 12474

Ship Date: 2012-10-05

In Hands: 2012-10-10



**Payment Terms:** Payment Prior To Shipment    **Order Status:** DigiClean Shipped    **Received:** 2012-09-12

**BILL TO:**
K Design Marketing, Inc
Kimberly Kinsinger
3501 W. Broadway
Missoula, Montana 59808
United States

kim@kdesignmarketing.com

**SHIP TO:**
Department of State
Receiving/Jim Walsh ☐ PR2030587
5750 Stockholm PL
Washington, DC 20521
United States

**SOLD TO:**
K Design Marketing, Inc
Kimberly Kinsinger
3501 W. Broadway
Missoula, Montana 59808
United States
406-273-6193

kim@kdesignmarketing.com

| QTY | PRODUCT - SHOW ARTWORK | MODEL | PRICE | TOTAL |
|---|---|---|---|---|
| 1,000 | DSR - US Embassy Sweden DigiClean Original S series Rectangle<br>Proof Approved: 2012-09-13  flexinno.net/artwork/US_Embassy_Sweden_SRO1_Prf2.pdf | DC-SRO1 | $0.75 | $750.00 |
| 1 | DigiClean Setup Charge | DC-Setup | $100.00 | $100.00 |

| Shipper / Method / Date | Tracking Number / Notes |
|---|---|
| FedEx Ground<br>2012-10-05 | 243259115046103 |

**Payment Notes:**
Web Accept Payment Received (Unique Transaction ID #2RL01662TA1108408) Name: Samuel Kinsinger (The sender of this payment is Unregistered) Email: kim@kdesignmarketing.com Payment Sent to: PayPal@egrips.com Total amount: $873.00 USD

Sub-Total : $850.00
Tax : $0.00
FedEx Ground : $23.00
Order Total : $873.00
Amount Paid : - $873.00
Remaining Balance : $0.00
Last payment : 2012-09-14

Thank you for your business!

Overs will be mailed to you within a week of the Ship Date.

We'll email a tracking # to you when it ships.

email tracking numbers   |   print   |   send / email   |   order history

# ORDER / INVOICE # 36197 - PAID 2013-09-12

Flexible Innovations, Ltd.
1120 South Fwy, Ste 132
Ft. Worth, TX 76104
Main: 877-534-7477
Fax: 972-767-3254

PO#: 13599

Ship Date: 2013-09-27

In Hands: 2013-10-02



**Payment Terms:** Payment Prior To Shipment     **Order Status:** DigiClean Shipped     Received: 2013-09-09

**BILL TO:**
K Design Marketing, Inc
Kimberly Kinsinger
3501 W. Broadway
Suite 3
Missoula, Montana 59808
United States

kim@kdesignmarketing.com

**SHIP TO:**
Jim Walsh/Receiving
5750 Stockholm Pl
SSW80013V0162
Washington, District of Columbia 20521-5750
United States

**SOLD TO:**
K Design Marketing, Inc
Kimberly Kinsinger
3501 W. Broadway
Suite 3
Missoula, Montana 59808
United States
406-273-6193
kim@kdesignmarketing.com

| QTY | PRODUCT - SHOW ARTWORK | MODEL | PRICE | TOTAL |
|---|---|---|---|---|
| 1,000 | US Embassy Sweden DigiClean Xtra S series Small Rectangle<br>Proof Approved: 2013-09-10  flexinno.net/artwork/UsEmbassySweden-SRO1-Xtra_UPDATED.pdf | DC-SRO1 | $0.72 | $720.00 |
| 1 | DigiClean Setup Charge | DC-Setup | $76.00 | $76.00 |

| Shipper / Method / Date | Tracking Number / Notes |
|---|---|
| FedEx Ground<br>2013-09-27 | 243259115086604 |

Sub-Total : $796.00
Tax : $0.00
FedEx Ground : $23.00
Order Total : $819.00
Amount Paid : - $819.00
Remaining Balance : $0.00
Last payment : 2013-09-12

**Payment Notes:**
pay-pal Transaction ID: 0BD174804M951333T

**Production Notes:**
samples mailed. DAE
2013-10-01 16:08:08

Thank you for your business!

Overs will be mailed to you within a week of the Ship Date.

We'll email a tracking # to you when it ships.

http://flexinno.com/order.php?oID=30338547418913850&orders_id=36197                            3/11/2014