# EXHIBIT F



406-273-6193 | CONTACT US
REQUEST A QUOTE

**Anti-bacterial protection for the same great price.**

 MicroClean MAX | MicroPad | Micro Fiber Cloth | iWallet | Retail Packaging

Mobile Phone Screen Cleaners

# Cell Phone Screen Cleaners Are A Hot Item!

How many times does a person look at their cell phone?

How many times does the phone screen need to be cleaned, with a mirco clean screen cleaner?

Which brings up the question, how many times do you think that person would see your logo if it was on our best selling micro clean screen cleaner?

The fact of the matter is, we all want our logo noticed, more than less.

**Now is the time....to showcase your logo.**



**Looking for the best screen cleaners on the market today, these are the best!**

With the Patent process that is used with producing the screen cleaner, edges don't fray, full color images have maximum detail and the adhesive is washable, which will out last the screen cleaner.

All these are very important when you have your logo on an item, you don't want it to be a bad screen cleaner.

Talk to us about retail packaging your screen cleaners or combining multiple pieces on your packaging card.



http://www.imprintmyscreencleaner.com/     3/11/2014





MicroCleanMAX removes dirt and fingerprints from any screen all while giving your company's logo or slogan a lot of exposure! The New Magic Gel sticks to all phones and cases!

MicroPad gives your company the same brand exposure as the DigiClean, just on a different product! DigiPad can be used for cleaning tablets, laptops, or other larger screens. GET YOUR LOGO NOTICED!

Retail Packaging for your custom imprinted MicroClean and Digi Pad Screen Cleaners. Multiple sizes are available, and you can even combine both the MicroClean and Digi Pad!

| MicroClean MAX | Micro Fiber Cloth | iWallet | Home |
| eStylus | MicroStand | Retail Packaging | Request A Quote |
| MicroPad | MicroStand Desk | Phone Skin | Contact Us |

info@imprintmyscreencleaner.com

© IMPRINT MY SCREEN CLEANER Design and development by K Design Marketing