# EXHIBIT G



406-273-6193 | CONTACT US
REQUEST A QUOTE

# Imprint My Screen Cleaner
*Customized Microfiber Screen Cleaners*

**Anti-bacterial protection for the same great price.**

MicroClean MAX    MicroPad    Micro Fiber Cloth    iWallet    Retail Packaging



stick it

## About Our Mobile Phone Screen Cleaners

### The Best Quality! Smooth Edges! Best Seller!

You will be amazed how popular these stick on microfiber screen cleaners are at shows and events, people will bring their friends back to your booth, excited about these cellphone screen cleaners. Not only do these phone screen cleaners stickers stick to any device, they can be washed several times to clean and rejuvenate the adhesive and to top it off, they are antibacterial. There is no better microfiber mobile screen cleaner pad on the market.

**This product is Antibacterial**

• Removes dirt and fingerprints in one swipe.
• Place anywhere on moble phone device when not in use.
• Self-adhesive is effective semi-permanent.
• Micro-fiber will not scratch surfaces.
• To rejuvenate stickiness wipe off white gel area with wet towel.

#### More great ideas for promotion:
Stuff them in with your invoices or letters that you mail out. It is a great way to give your clients a great gift they can use over and over, without increasing your postage cost.

Use as your business cards. Leaving a great impression.

**MicroCleanMAX Pricing Per Unit**

|          | 500    | 1,000  | 2,500  | 5,000  | 10,000 |
|----------|--------|--------|--------|--------|--------|
| S1-R1-C1 | $1.20  | $1.10  | $1.00  | $0.90  | $0.80  |
| S2-R2-C2 | $1.40  | $1.30  | $1.20  | $1.10  | $1.00  |
| S3-R3-C3 | $1.50  | $1.40  | $1.30  | $1.20  | $1.10  |
| S4-R4-C4 | $1.60  | $1.50  | $1.40  | $1.30  | $1.20  |

|              | Background | 1 Spot Color | 2 Spot Colors | 3 Spot Colors | 4 Color Process |
|--------------|------------|--------------|---------------|---------------|-----------------|
| Setup Charge | FREE       | $35          | $70           | $100          | $100            |



Price includes: up to full color imprint. Email us your logo and we will email back a virtual proof.

**FREE SHIPPING AND SETUP THE MONTH OF MARCH!**

For total costs: take per price price X how many you would like, plus setup cost which is determined on the number of colors you imprint. Shipping is additional. Or ask us for a quote.

**PLEASE SEND A QUOTE.**

Package with our stock card or create a custom design insert card.

New Magic Gel sticks to matte and rubber finish phones & cases and is the same price as the original MicroClean Screen Cleaner!





**Stock Card Front**   **Custom Card Front**   **Card Back**



## Customized Insert Card Prices:

Price includes: Front side full color imprint only
Setup charge: $80.00
Custom card size 3.5" x 2"
Have us design the custom card for $65.00

|  | 500 | 1,000 | 2,500 | 5,000 | 10,000 |
|---|---|---|---|---|---|
| Insert Card | $0.35 | $0.25 | $0.22 | $0.18 | $0.15 |

## Additional Information:

• Allow approx. 24-48 hours for a proof.

• We will email a proof for approval prior to production.

• Standard production time is 15 business days plus shipping after order is approved for production.

• Contact us if you need the product sooner than the standard 15 days, we can meet in-hand dates as quick at 8 days for an additional fee.

### MicroClean & MicroClean Max Template Sizes

| | | | | | |
|---|---|---|---|---|---|
| S1 | 1.1" x 1.1" | R1 | 1.3" x 0.8" | C1 | 1.1" x 1.1" |
| S2 | 1.3" x 1.3" | R2 | 1.6" x 1.2" | C2 | 1.3" x 1.3" |
| S3 | 1.5" x 1.5" | R3 | 2.0" x 1.2" | C3 | 1.5" x 1.5" |
| S4 | 1.8" x 1.8" | R4 | 2.4" x 1.6" | C4 | 1.8" x 1.8" |

Download screencleaner template
Download insert card template

## Need Help?

Call 406-273-6193 or email
info@imprintmyscreencleaner.com




| MicroClean MAX | Micro Fiber Cloth | iWallet | Home |
|---|---|---|---|
| eStylus | MicroStand | Retail Packaging | Request A Quote |
| MicroPad | MicroStand Desk | Phone Skin | Contact Us |

info@imprintmyscreencleaner.com

© IMPRINT MY SCREEN CLEANER Design and development by K Design Marketing



406-273-6193 | CONTACT US
REQUEST A QUOTE

You will be amazed how popular these stick on microfiber screen
cleaners are at shows and events, people will bring their friends back