# EXHIBIT H



406-273-6193 | **CONTACT US**
**REQUEST A QUOTE**

**Anti-bacterial protection for the same great price.**

MicroClean MAX    MicroPad    Micro Fiber Cloth    iWallet    Retail Packaging

# Custom Imprint Retail Packages

## Are you looking for a item that you can sell at your retail location?

You could sell these items for $10.00 to $20.00 each, depending on how many screen cleaners you have on your custom package.

Who wouldn't want a screen cleaner package that they can keep on hand, if their other one wears out.

### Retail Package A

Sharing four R3 MicroClean MAX and one Digi Pad on a 7-inch by 9.5-inch custom card will get you product or company noticed quickly. Full-front are of card is available as well as 2/3 of the back to share your details.

| Quantity | 300 | 500 | 1000 | 2500 | 5000 | 10000 |
|---|---|---|---|---|---|---|
| Per Piece | $8.86 | $7.51 | $6.97 | $6.08 | $5.63 | $5.20 |

Use this size chart, so you know what size we are using:



MicroClean & MicroClean Max Template Sizes

| | S | | R | | C |
|---|---|---|---|---|---|
| S1 | 1.1"x1.1" | R1 | 1.3"x0.8" | C1 | 1.1"x1.1" |
| S2 | 1.3"x1.3" | R2 | 1.6"x1.2" | C2 | 1.3"x1.3" |
| S3 | 1.5"x1.5" | R3 | 2.0"x1.2" | C3 | 1.5"x1.5" |
| S4 | 1.8"x1.8" | R4 | 2.4"x1.6" | C4 | 1.8"x1.8" |



### Retail Package B

Giving you variety in sizes, Package B comes with a DigiPad—great for use on laptops, or monitors— one R4 for you pad devices and one R2 for your cell phone. Three quality screen cleaners placed on a 5-inch by 7-inch display card delivering your marketing idea, and tagged with your brand to reinforce the message.

| Quantity | 300 | 500 | 1000 | 2500 | 5000 | 10000 |
|---|---|---|---|---|---|---|
| Per Piece | $5.75 | $4.73 | $4.43 | $3.79 | $3.52 | $3.24 |

**New Magic Gel sticks to
matte and rubber
finish phones & cases
and is the same price as the original
MicroClean Screen Cleaner!**

Customized insert card

Price includes: full color imprint, front and back.
Setup charge: $50.00
Custom card size 7" x 9"
Have us design the card for $125.00



### Retail Package C

Themes of shapes, whether it is circle, square or rectangle Retail Package C comes with each size of a said shape. One C4, C3, C2 and a C1 create a bubble effect for the launch of a new product different sizes to get the word out placed on a 5-inch by 7-inch display card.

| Quantity | 300 | 500 | 1000 | 2500 | 5000 | 10000 |
|---|---|---|---|---|---|---|
| Per Piece | $6.71 | $5.60 | $5.23 | $4.51 | $4.16 | $3.80 |

### What should we be concerned about when buying mobile screen cleaners?

Will the screen cleaner stick to every cell phone cover.
Will the edges fray when you use the screen cleaner.
Is the adhesive washable when it gets dirty.

These are questions you will want to ask the supplier you get the screen cleaners from.

When you buy the screen cleaners from us we Guarantee you that all the above will apply to our screen cleaners, there are 2 types adhesive, ones that stick to cell phones and ones that stick to mobile phone covers, we only sell the ones that stick to any device or cover.

For questions call 406-273-6193 or email info@imprintmyscreencleaner.com



| MicroClean MAX | Micro Fiber Cloth | iWallet | Home |
| eStylus | MicroStand | Retail Packaging | Request A Quote |
| MicroPad | MicroStand Desk | Phone Skin | Contact Us |

info@imprintmyscreencleaner.com

© IMPRINT MY SCREEN CLEANER Design and development by K Design Marketing