# EXHIBIT I

Home   About Us   Contact Us   Help   View Cart   Sign In



Quick Search                    Search

**Specials   Showrooms   Links   Cell Phone Screen Cleaners**

**Categories**

Apparel
Automotive
Awards & Recognition
Badges & Lanyards
Bags
Calendars
Candy & Snacks
Caps & Hats
Clocks
Computer Accessories
Desk Items
Eco Friendly
Executive Gifts
Food & Beverage
Fun & Games
Golf Items
Healthcare
Key Tags
Kitchen & Home
Mugs & Drinkware
Pens
Sport & Outdoor
Stress Balls
Tools & Hardware
Travel Items
Watches





## Popular Products

| Javalina® Stylus Pen | Bic Clic Stic Pen | Beverage Insulator Cooler Pocket Can Coo... | Big Thunder Tote Bag (Screen) | Portable Charg |
|---|---|---|---|---|
| $0.56 - $0.72 | $0.56 - $0.77 | $0.46 | $1.50 - $2.54 | $11.99 - $20.9 |

### Welcome!
### Get Highly Experienced Logo Imprinting

**Welcome to our promotional products site!** Imprinting your logo on a product is proven to get you recognition. The best marketing promo is running a promotion that will engage people and generate a return on your investment. Use us for the next imprinting of your logo on a customized printable item for your company. Thank you and enjoy!

### Featured Item



**Flashlight With Bottle Opener**

This is the ideal multi purpose flashlight. The on/off button at the back, illuminates the 6 bright LED lights to ensure you can see where you are going. The screw-on bottle opener ensure you always h...

$3.07 - $3.71

## Most Popular Item

The smart phone screen cleaner is our most popular item, with good reasons, what a better way to showcase your logo then on the back of one of the most used tools, a cell phone and it will clean the screen over and over.

Like Us On Facebook          View all your booth display products here

### Signature Showrooms

 Seasonal   Tradeshows   Under $1

  



| Home | Search |
|---|---|
| About Us | Showrooms |
| Contact Us | Links |
| Specials | |

**K Design Marketing Inc**

1613 S Ave W
Missoula, Mt 59801

p. 406-273-6193
f. 406-273-6196
info@kdesignmarketing.com

Questions or Comments?

Information, data and designs from this website may not be copied, archived, mined, stored, captured, harvested or used in any way except in connection with use of the site in the ordinary course for its intended purpose.