# EXHIBIT J

Home | About Us | Contact Us | Help | View Cart | Sign In



Quick Search    Search

Specials   Showrooms   Links   Cell Phone Screen Cleaners

**Categories**

- Apparel
- Automotive
- Awards & Recognition
- Badges & Lanyards
- Bags
- Calendars
- Candy & Snacks
- Caps & Hats
- Clocks
- Computer Accessories
- Desk Items
- Eco Friendly
- Executive Gifts
- Food & Beverage
- Fun & Games
- Golf Items
- Healthcare
- Key Tags
- Kitchen & Home
- Mugs & Drinkware
- Pens
- Sport & Outdoor
- Stress Balls
- Tools & Hardware
- Travel Items
- Watches

View: Per Page: 10 | 25 | **50** | All    1-52 of 66 products

Sort: Best Match | **Most Popular** | Price (Low-High) | Price (High-Low)    [1] 2


**Digiclean Xtra S Series - Small Screen Cleaner & Custom Card - 3 Shapes**
$0.95 - $1.30


**Digiclean Plus A Series Antibacterial Std Screen Cleaner & Card- 7 Shapes**
$1.30 - $1.75


**Microclean- Portable Sticky Microfiber Screen Cleaner (1.1" X 1.1") Circle**
$0.90 - $1.40


**Digiclean Xtra A Series - Standard Screen Cleaner & Custom Card- 7 Shapes**
$1.00 - $1.40


**Digiclean Plus B Series Antibacterial Med. Screen Cleaner & Card- 11 Shapes**
$1.40 - $1.95


**Digiclean Plus S Series - Small Screen Cleaner & Custom Card - 3 Shapes**
$1.25 - $1.70


**Digiclean Plus C Series Antibacterial Large Screen Cleaner & Card- 3 Shapes**
$1.80 - $2.35


**Microclean- Portable Microfiber Screen Cleaner (1.3" X 0.8") Rectangle**
$0.90 - $1.40


**Digiclean Xtra B Series - Medium Screen Cleaner & Custom Card - 11 Shapes**
$1.15 - $1.55


**Microclean- Portable Microfiber Screen Cleaner (2.4"X1.6") Rectangle**
$1.30 - $1.80


**Digiclean Xtra C Series - Large Screen Cleaner & Card - 3 Shapes**
$1.35 - $1.85


**Digiclean Xtra I Series - Fingertip Screen Cleaner & Card**
$0.80 - $1.15


**Microclean- Portable Microfiber Screen Cleaner (1.1" X 1.1") Square**
$0.90 - $1.40


**Microclean- Portable Microfiber Screen Cleaner (1.5"X1.5") Square**
$1.20 - $1.70


**Digiclean Xtra P Series - Pad Screen Cleaner & Custom Card - Rectangle**
$2.00 - $2.40


**Microclean- Portable Micro Fiber Screen Cleaner (1.3"X1.3") Circle**
$1.10 - $1.60

http://www.imprintmylogo.com/:quicksearch.htm?quicksearchbox=digiclean    3/11/2014

| | | |
|---|---|---|
| Home | Search | **K Design Marketing Inc** |
| About Us | Showrooms | 1613 S Ave W |
| Contact Us | Links | Missoula, Mt 59801 |
| Specials | | |

p. 406-273-6193
f. 406-273-6196
info@kdesignmarketing.com

Questions or Comments?

Information, data and designs from this website may not be copied, archived, mined, stored, captured, harvested or used in any way except in connection with use of the site in the ordinary course for its intended purpose.