# EXHIBIT K

Home | About Us | Contact Us | Help | View Cart | Sign In



 Quick Search | Search

Specials | Showrooms | Links | Cell Phone Screen Cleaners

**Categories**

- Apparel
- Automotive
- Awards & Recognition
- Badges & Lanyards
- Bags
- Calendars
- Candy & Snacks
- Caps & Hats
- Clocks
- Computer Accessories
- Desk Items
- Eco Friendly
- Executive Gifts
- Food & Beverage
- Fun & Games
- Golf Items
- Healthcare
- Key Tags
- Kitchen & Home
- Mugs & Drinkware
- Pens
- Sport & Outdoor
- Stress Balls
- Tools & Hardware
- Travel Items
- Watches

View: | Per Page: 10 | 25 | All | 1-38 of 38 products
Sort: Best Match | **Most Popular** | Price (Low-High) | Price (High-Low)


Microclean- Portable Sticky Microfiber Screen Cleaner (1.1" X 1.1") Circle
$0.90 - $1.40


Microclean- Portable Microfiber Screen Cleaner (1.3" X 0.8") Rectangle
$0.90 - $1.40


Microclean- Portable Microfiber Screen Cleaner (2.4"X1.6") Rectangle
$1.30 - $1.80


Micropad- Mobile Adhesive Screen Cleaner & Portable Mouse Pad (3.56"X2.44")
$1.55 - $2.00



Micropad- Mobile Adhesive Screen Cleaner & Portable Mouse Pad (3.56"X2.44")
$3.10 - $3.50


E-stylus Portable Stylus- Rectangle
$1.70 - $2.20


Microclean- Portable Microfiber Screen Cleaner (1.1" X 1.1") Square
$0.90 - $1.40


Microclean- Portable Microfiber Screen Cleaner (1.5"X1.5") Square
$1.20 - $1.70


Microclean- Portable Micro Fiber Screen Cleaner (1.3"X1.3") Circle
$1.10 - $1.60


Microclean- Portable Microfiber Screen Cleaner (1.3" X 1.3") Square
$1.10 - $1.60


Microclean Max- Screen Cleaner/ Sticks To All Cases (1.3"X1.3") Square
$1.30 - $1.80


Microclean- Portable Microfiber Screen Cleaner (1.5"X1.5") Circle
$1.20 - $1.70


Microclean- Portable Microfiber Screen Cleaner (1.6"X1.2") Rectangle
$1.10 - $1.60


Microclean- Portable Microfiber Screen Cleaner (1.8"X1.8") Circle
$1.30 - $1.80

Microclean- Portable Microfiber Screen Cleaner (1.8"X1.8") Square
$1.30 - $1.80


Premium Custom Packaging Card (2" X 3.5")
$0.18 - $0.40

- Home
- About Us
- Contact Us
- Specials
- Search
- Showrooms
- Links

**K Design Marketing Inc**

1613 S Ave W
Missoula, Mt 59801

p. 406-273-6193
f. 406-273-6196
info@kdesignmarketing.com

Questions or Comments?

Information, data and designs from this website may not be copied, archived, mined, stored, captured, harvested or used in any way except in connection with use of the site in the ordinary course for its intended purpose.