**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **FLEXIBLE INNOVATIONS LTD, a Texas Limited Partnership,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:14-cv-350-O** |
| **K DESIGN MARKETING, INC., a Montana Corporation,** | § § § § | |
| **Defendant.** | § § | |

**FINAL JUDGMENT**

The Court has entered its order granting Plaintiff's Motion for Judgment.  It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff have and recover judgment from

Defendant K Design Marketing, Inc. in the amount of $586,734.00, itemized as follows:

1.    Plaintiff's treble damages in the amount of $181,329.00;

2.    Defendant's profits in the amount of $86,348.00;

3.    Exemplary damages in the amount of $293,582.00;

4.    Reasonable attorneys' fees in the amount of $25,000.00; and

5.    Costs in the amount of $475.00.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant, K Design

Marketing, Inc., and all employees, agents, anyone acting in concert with Defendant, and other

persons with knowledge of this Permanent Injunction, are hereby **ENJOINED** to refrain from further

use of DIGICLEAN, DIGICLOTH, or DIGIPAD, or any name or mark deceptively similar thereto

in any manner (including, but not by way of limitation, as a hidden keyword computer search term

or meta tag).

**SO ORDERED** on this **24th day** of **November, 2014.**


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**